1  AARON N. COLBY (State Bar No. 247339)
     aaroncolby@dwt.com
2  KYLE KLEIN (State Bar No. 311756)
     kyleklein@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  Attorneys for Defendant
   VALLEY PARKWAY – VINEYARD LLC
7

8

9  UNITED STATES DISTRICT COURT

10  SOUTHERN DISTRICT OF CALIFORNIA

11

| 12  JAMES RUTHERFORD, an individual, | Case No. **3:19-cv-01895-L-BGS** |
|---|---|
| 13              Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS** |
| 14       vs. | |
| 15  VALLEY PARKWAY – VINEYARD LLC, a California limited liability company; and DOES 1-10, inclusive, | Assigned to the Hon. M. James Lorenz Courtroom 5B (5th Floor) |
| 17              Defendants. | Action Filed:  October 1, 2019<br>Current Response Deadline: Oct. 29, 2019<br>New Response Deadline: Nov. 28, 2019 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

This stipulation is entered into by and between Plaintiff James Rutherford ("Plaintiff") and Defendant Valley Parkway – Vineyard LLC ("Defendant"), through and by their respective attorneys of record, with reference to the following facts:

1. Plaintiff filed the Complaint in this action on October 1, 2019.
2. Defendant was served with the Complaint on October 8, 2019.
3. Accordingly, Defendant's response to the initial Complaint is due on October 29, 2019, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).
4. Plaintiff has agreed to extend Defendant's time to respond to the initial complaint by no more than 30 days, which will not alter the date of any event or deadline already fixed by Court Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendant to respond to the initial Complaint is continued by not more than 30 days to **November 28, 2019**.

DATED: October 30, 2019           DAVIS WRIGHT TREMAINE LLP

                                  By: /s/ Kyle P. Klein
                                      AARON N. COLBY
                                      KYLE P. KLEIN
                                  Attorneys for Defendant
                                  VALLEY PARKWAY – VINEYARD LLC

DATED: October 30, 2019           MANNING LAW, APC

                                  By: /s/ Craig Cote
                                      JOSEPH R. MANNING JR. Esq.
                                      CRAIG COTE, Esq.
                                  Attorneys for Plaintiff
                                  JAMES RUTHERFORD

1

STIPULATION TO EXTEND TIME TO RESPOND
Case No. 3:19-cv-01895-L-BGS
4822-4440-0811v.1 0113024-000005

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: October 30, 2019       DAVIS WRIGHT TREMAINE LLP

By: /s/ Kyle P. Klein
    AARON N. COLBY
    KYLE P. KLEIN
    Attorneys for Defendant
    VALLEY PARKWAY – VINEYARD LLC

2

STIPULATION TO EXTEND TIME TO RESPOND
Case No. 3:19-cv-01895-L-BGS
4822-4440-0811v.1 0113024-000005

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATE OF SERVICE

*James Rutherford v. Valley Parkway – Vineyard LLC*

U.S.D.C. Southern District of California Case **3:19-cv-01895-L-BGS**

I the undersigned, declare:

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On October 30, 2019, I served true copies of the following documents described as**: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 30, 2019, at Los Angeles, California.

_____
Kyle Klein

3

STIPULATION TO EXTEND TIME TO RESPOND
Case No. 3:19-cv-01895-L-BGS
4822-4440-0811v.1 0113024-000005

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899